1099 NEW YORK AVENUE, NW SUITE 900 WASHINGTON, DC 20001-4412

JENNER&BLOCK LLP

January 18, 2024

Adam G. Unikowsky
Tel +1 202 639 6041
AUnikowsky@jenner.com

**Via ECF**

United States Court of Appeals
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

Re:   No. 23-50750, Kipp Flores v. AMH Creekside
      USDC No. 5:21-CV-1158
      Unopposed Request for Level 1 Extension

I am lead counsel for Appellees AMH Creekside Development, L.L.C. ("AMH") and American Homes 4 Rent ("AH4R").

Pursuant to Fifth Circuit Local Rule 31.4.3.1, Appellees AMH and AH4R respectfully request a Level 1 extension of 30 days to file the response brief in the referenced appeal. The current filing deadline is Monday, February 12. Appellees' requested extension would adjust that deadline to Wednesday, March 13.

Appellees have obtained consent from counsel for Appellant and counsel for Appellee, American Housing Ventures, LLC, via email communications.

Good cause exists for the requested extension. Counsel for Appellees' workload is currently high, and counsel has several competing deadlines in other litigation matters in which they are involved.

Please contact me if there are any outstanding questions.

Sincerely,

/s/ Adam G. Unikowsky
Adam G. Unikowsky

cc:   Counsel of Record                    *via ECF*